UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF KANSAS

MICHAEL JONES,

            Plaintiff,

v.                                                    Case No. 22-2005-TC-ADM

C.R. BARD, INC., et al.,

            Defendants.

**ORDER**

As discussed during the April 5, 2022 scheduling conference and in Paragraph 2(e) of the Scheduling Order (ECF 18), the court adopts in this case the Stipulated Protective Order (ECF 269) dated November 10, 2015, filed in *In re: Bard IVC Filters Products Liability Litigation*, MDL 2641 (D. Ariz.) but with the modification that Paragraphs 24 and 25 are amended to require any party that files documents containing Confidential Information to do so in accordance with this court's local rules regarding filing documents under seal.  The governing Protective Order is attached.

IT IS SO ORDERED.

Dated April 6, 2022, at Kansas City, Kansas.

                                                               s/ Angel D. Mitchell
                                                               Angel D. Mitchell
                                                               U.S. Magistrate Judge